JUDGE KOELTL

08 CV 7538

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNELL & COMPANY, INC.,

                Plaintiff,              Case No._____

-v-

OWEN STEEL COMPANY, INC.,

                Defendant.

**Rule 7.1 Statement**

RECEIVED AUG 26 2008 U.S.D.C. S.D.N.Y. CASHIERS

---

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: August 26, 2008

                                            DUANE MORRIS LLP

                                            *Fran M. Jacobs*
                                            Fran M. Jacobs
                                            #1677566
                                            Address:    1540 Broadway
                                                            New York, NY 10036
                                            Phone:      (212) 692-1000
                                            Email:       fmjacobs@duanemorris.com
                                            Attorneys for Plaintiff

**Attorney Bar Code:**

SDNY Web 10/2007