AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

CORNELL & COMPANY, INC.,

      Plaintiff,

- against -

OWEN STEEL COMPANY, INC.,

      Defendant.

**APPEARANCE**

Case Number: 08 CV 7538

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 26, 2008 | *Fran M. Jacobs* |
| Date | Signature |
| | Fran M. Jacobs     1677566 |
| | Print Name     Bar Number |
| | Duane Morris LLP - 1540 Broadway |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (212) 692-1060     (212) 692-1020 |
| | Phone Number     Fax Number |